■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TOMMIE LEE WILSON, Appellant, v JAMES DE STAFANO, as Commissioner of the Jamesville Penitentiary, Respondent.—Appeal unanimously dismissed. Memorandum: This is an appeal from a judgment of Supreme Court, Onondaga County, dismissing, following a hearing, appellant's writ of habeas corpus. Appellant was released from custody on January 8, 1975, on postconviction resentencing, to time served. Accordingly, the appeal should be dismissed as moot (CPLR 7002, subd. [a]; *People ex rel Wilder v Markley,* 26 NY2d 648; *People ex rel Butts v McMann,* 24 NY2d 772). (Appeal from judgment of Supreme Court dismissing writ of habeas corpus.) Present—Marsh, P. J., Simons, Mahoney, Goldman and Witmer, JJ.